IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MARCELL FULTON                                                              PLAINTIFF

V.                         CASE NO. 3:18-CV-219-BD

SOCIAL SECURITY ADMINSTRATION                              DEFENDANT

## ORDER

Pending is Commissioner of the Social Security Administration's Unopposed Motion to Reverse and Remand. (Docket entry #15) For good cause shown, the Commissioner's motion (#15) is GRANTED. This case is remanded under sentence four of 42 U.S.C. § 405(g), for further administrative action.

IT IS SO ORDERED this 21st day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE