**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MARCELL FULTON**                                                                 **PLAINTIFF**

**V.**                                       **CASE NO. 3:18-CV-219-BD**

**SOCIAL SECURITY ADMINSTRATION**                                      **DEFENDANT**

**JUDGMENT**

In accordance with the Order entered this day, judgment is hereby entered in favor

of Plaintiff Marcell Fulton and against the Social Security Administration. This is a

sentence four remand under 42 U.S.C. §405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89,

97-103 (1991).

IT IS SO ORDERED this 21st day of May, 2019.

_____
UNITED STATES MAGISTRATE JUDGE