# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**MARCELL FULTON**                                                    **PLAINTIFF**

**V.**                          **CASE NO. 3:18-CV-219-BD**

**SOCIAL SECURITY ADMINISTRATION**                        **DEFENDANT**

## <u>ORDER</u>

Plaintiff Marcell Fulton has moved for an award of attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. (Docket entry #18) He seeks fees and expenses in the amount of $2,938.47. (*Id*.) The Commissioner does not object to the amount requested. (#20)

Mr. Fulton's motion (#18) is GRANTED, and the Commissioner is directed to pay $2,938.47 in fees and expenses, subject to offset if Mr. Fulton has outstanding government debt.

IT IS SO ORDERED, this 25th day of July, 2019.

_____

UNITED STATES MAGISTRATE JUDGE